(RPG)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Criminal Action No. 07-246-M |
| REMIGIO CAMACHO, | ) ) ) |
| Defendant. | ) |

**MOTION FOR DETENTION HEARING**

**NOW COMES** the United States and moves for the pretrial detention of the defendant, pursuant to 18 U.S.C. § 3142(e) and (f). In support of the motion, the United States alleges the following:

1. **Eligibility of Case**. This case is eligible for a detention order because case involves **(check all that apply)**:

   _____ Crime of violence (18 U.S.C. § 3156)

   __X__ Maximum sentence life imprisonment or death

   __X__ 10+ year drug offense

   _____ Felony, with two prior convictions in above categories

   _____ Minor victim

   __X__ Possession/ use of firearm, destructive device or other dangerous weapon

   _____ Failure to register under 18 U.S.C. § 2250

   __X__ Serious risk defendant will flee

   _____ Serious risk obstruction of justice

2. **Reason For Detention**.  The court should detain defendant because there are no conditions of release which will reasonably assure (**check one or both**):

    __X__    Defendant's appearance as required

    __X__    Safety of any other person and the community

3. **Rebuttable Presumption**.  The United States will/will not invoke the rebuttable presumption against defendant under § 3142(e). (If yes) The presumption applies because (**check one or both**):

    __X__    Probable cause to believe defendant committed 10+ year drug offense or firearms offense, 18 U.S.C. § 924(c), or a federal crime of terrorism, or a specified offense (_____) with minor victim

    ____    Previous conviction for "eligible" offense committed while on pretrial bond

4. **Time For Detention Hearing**.  The United States requests the court conduct the detention hearing,

    ____    At first appearance

    __X__    After continuance of __3__ days (not more than 3).

5. **Temporary Detention**.  The United States request the temporary detention of the defendant for a period of __3__ days (not more than 10) so that the appropriate officials can be notified since (**check 1 or 2, and 3**):

    ____    1.  At the time the offense was committed the defendant was:

            ____  (a) on release pending trial for a felony;

            ____  (b) on release pending imposition or execution of sentence, appeal of sentence or conviction, or completion of sentence for an offense;

            ____  (c) on probation or parole for an offense.

    ____    2.  The defendant is not a citizen of the U.S. or lawfully admitted for permanent residence.

    __X__    3.  The defendant may flee or pose a danger to any other person or the community.

6. **Other Matters**.

_____

_____

DATED this ___12th___ day of ___December_____, 2007.

                                            Respectfully submitted,

                                            COLM F. CONNOLLY
                                            United States Attorney

                                        By: _____
                                            David L. Hall
                                            Assistant United States Attorney