REDACTED

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,  : **REDACTED**

   :

   **Plaintiff,**  :

 v.   : Cr. A. No. 07-*166*

   :

**REMIGIO CAMACHO**  :

   :

   **Defendant.**  :

```
F I L E D

DEC 1 3 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE
```

## INDICTMENT

The Grand Jury for the District of Delaware charges that:

### COUNT I

On or about November 27, 2007 in the State and District of Delaware, **REMIGIO CAMACHO**, defendant herein, did knowingly distribute five grams or more of methamphetamine (actual), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(viii).

### COUNT II

On or about November 27, 2007 in the State and District of Delaware, **REMIGIO CAMACHO**, defendant herein, did knowingly distribute a mixture and substance containing a detectable amount of marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D).

### COUNT III

On or about November 27, 2007, in the State and District of Delaware, **REMIGIO CAMACHO**, defendant herein, in furtherance of a drug trafficking crime for which

he may be prosecuted in a court of the United States (to wit, the distribution of

methamphetamine (actual) in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(viii), as set forth

in Count I of this Indictment and incorporated by reference as if fully set forth herein ),

knowingly possessed a firearm, to wit, a CAI Georgia VT 7.62 SKS assault rifle (serial number

0604427 ) with two (2) "banana clip" magazines, all in violation of Title 18, United States Code,

Section 924(c)(1).

## COUNT IV

On or about December 11, 2007 in the State and District of Delaware, **REMIGIO**

**CAMACHO**, defendant herein, did knowingly possess with the intent to distribute fifty grams or

more of methamphetamine (actual), a Schedule II controlled substance, in violation of Title 21,

United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii).

## COUNT V

On or about December 11, 2007 in the State and District of Delaware, **REMIGIO**

**CAMACHO**, defendant herein, did knowingly possess with the intent to distribute fifty grams or

more of a mixture and substance containing a detectable amount of methamphetamine, a

Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1)

and 841(b)(1)(B)(viii).

## COUNT VI

On or about December 11, 2007 in the State and District of Delaware, **REMIGIO**

**CAMACHO**, defendant herein, did knowingly possess with the intent to distribute a mixture and

substance containing a detectable amount of marijuana, a Schedule I controlled substance, in

violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D).

## COUNT VII

On or about December 11, 2007, in the State and District of Delaware,

**REMIGIO CAMACHO**, defendant herein, in furtherance of a drug trafficking crime for which

he may be prosecuted in a court of the United States (to wit, the possession with the intent to

distribute fifty grams or more of methamphetamine (actual), the possession with the intent to

distribute fifty grams or more of a mixture and substance containing a detectable amount of

methamphetamine, and the possession with intent to distribute a mixture and substance

containing a detectable amount of marijuana, in violation of 21 U.S.C. §§ 841(a)(1) and

(b)(1)(A)(viii), (B)(viii), and (D), as set forth in Counts IV, V, and VI of this Indictment and

incorporated by reference as if fully set forth herein), knowingly possessed a firearm, to wit, a

Kassner Import 20 gauge double barrel shotgun (serial number 92128), all in violation of Title

18, United States Code, Section 924(c)(1).

A TRUE BILL:

Foreperson

COLM F. CONNOLLY
United States Attorney

By
David L. Hall
Assistant United States Attorney

Dated:  December 13, 2007