IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal Action No. 07-*166* |
| | ) | |
| REMIGIO CAMACHO | ) | |

**MOTION AND ORDER FOR BENCH WARRANT**

NOW COMES the United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and David L. Hall, Assistant United States Attorney for the District of Delaware, and hereby moves this Honorable Court for the issuance of an arrest warrant against the defendant, Remigio Camacho as a result of the Indictment returned against him on December 13, 2007.



COLM F. CONNOLLY
United States Attorney

By: _____
David L. Hall
Assistant United States Attorney

Dated: December 13, 2007

**AND NOW**, this *13th* day of *December*, 2007, upon the foregoing Motion,

**IT IS ORDERED** that a warrant issue for the arrest and apprehension of Remigio Camacho.

_____
United States Magistrate Judge