THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 07-166 JJF |
| REMIGIO CAMACHO, | : |
| Defendant. | : |

### O R D E R

WHEREAS, on February 6, 2008, the Court held a Rule 17.1 Conference in the above-captioned matter;

WHEREAS, the Court has been notified that a Memorandum of Plea Agreement has been reached;

NOW THEREFORE, IT IS ORDERED that:

1. A Rule 11 hearing will be held on **March 13, 2008 at 12:30 p.m.**, in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware.

2. The time between February 6, 2008 and March 13, 2008, shall be excludable under the Speedy Trial Act in the interests of justice (18 U.S.C. §3161 et seq.)

March 3, 2008
DATE

/s/ Joseph J. Farnan Jr.
UNITED STATES DISTRICT JUDGE

FILED
MAR 3 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE