*Filed in open Court on this 13th day of March 2008.*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
|  Plaintiff, | ) |
|  | ) |
| v. | ) Criminal Action No. 07-166-JJF |
|  | ) |
| REMIGIO CAMACHO, | ) |
|  Defendant. | ) |

## WAIVER OF INDICTMENT

1. I, Remigio Camacho, the above named defendant, who is accused of violating 21 U.S.C. § 841(a)(1) (drug trafficking) and 18 U.S.C. § 924(c)(1) (possession of a firearm during the commission of a drug trafficking offense), being advised of the nature of the charges and of his rights, hereby knowingly, voluntarily and intelligently waives prosecution by Indictment and consents that the proceeding may be by information instead of by Indictment.

2. The defendant understands that (a) unless he waives Indictment, he could not be charged with these offenses unless the Grand Jury found probable cause to believe he committed the offenses and returned an Indictment; (b) the Grand Jury is composed of at least sixteen, but not more than twenty-three lay persons, and at least twelve of those Grand Jurors must find probable cause to believe that the defendant committed these offenses before an Indictment could be returned; and (c) by waiving Indictment, the Government will be proceeding by a document written by the United States Attorney and called an Information and the defendant will be prosecuted on that Information, rather than on an Indictment.

3. The defendant has read and reviewed with his counsel the charge in the Information, and is satisfied that his counsel has properly explained the charges and this Waiver to him.

4. No one has made the defendant any promises or threatened or forced the defendant to waive Indictment.

_____
Defendant

_____
Counsel for Defendant

13 MAR 08

MAR 13 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE