# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Cr. A. No. 07-166-JJF |
| REMIGIO CAMACHO | : |
| Defendant. | : |

## INFORMATION

The United States Attorney for the District of Delaware charges that:

## COUNT I

On or about November 27, 2007 in the State and District of Delaware, **REMIGIO CAMACHO**, defendant herein, did knowingly distribute a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT II

On or about November 27, 2007, in the State and District of Delaware, **REMIGIO CAMACHO**, defendant herein, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States (to wit, the distribution of a mixture and substance containing a detectable amount of methamphetamine in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C), as set forth in Count I of this Information and incorporated by reference as if fully set forth herein), knowingly possessed a firearm, to wit, a CAI Georgia VT 7.62 SKS assault rifle (serial number 0604427) with two (2) "banana clip" magazines, all in violation of Title 18,

FILED

MAR 13 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

United States Code, Section 924(c)(1).

## COUNT III

On or about December 11, 2007 in the State and District of Delaware, **REMIGIO CAMACHO**, defendant herein, did knowingly possess with the intent to distribute fifty grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(viii).

## COUNT IV

On or about December 11, 2007 in the State and District of Delaware, **REMIGIO CAMACHO**, defendant herein, did knowingly possess with the intent to distribute a mixture and substance containing a detectable amount of marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D).

## NOTICE OF FORFEITURE

Upon conviction of the firearms offenses alleged in Counts I through IV of this Information, **REMIGIO CAMACHO**, defendant herein, shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(C) any firearms involved or used in the commission of said offenses, to wit:

-- one CAI Georgia VT 7.62 SKS assault rifle (serial number 0604427 ) with two (2) "banana clip" magazines; and

-- Kassner Import 20 gauge double barrel shotgun (serial number 92128).

If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

(1)    cannot be located upon the exercise of due diligence;

    (2)    has been transferred or sold to, or deposited with, a third party;

    (3)    has been placed beyond the jurisdiction of the court;

    (4)    has been substantially diminished in value; or

    (5)    has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C.§ 853(p), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property described above.

COLM F. CONNOLLY
United States Attorney

By: _____
David L. Hall
Assistant United States Attorney

Dated: 13 MARCH, 2008