THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,          :
                                   :
          Plaintiff,               :
                                   :
     v.                            :   Criminal Action No. 07-166 JJF
                                   :
REMIGIO CAMACHO,                   :
                                   :
          Defendant.               :

**O R D E R**

At Wilmington, this ___9___ day of April, 2008, the defendant having entered a plea of guilty, IT IS HEREBY ORDERED that:

1)  Sentencing in this matter is scheduled for **July 9, 2008 at 11:30 a.m.**  If counsel requires more than thirty (30) minutes for the hearing, counsel shall notify the Court immediately.

2)  A Presentence Report ("PSR") shall be prepared by the United States Probation Office.

3)  No later than 45 days prior to sentencing, the United states Probation Office shall disclose to both parties a draft of the PSR.  Within 14 days of service of the draft PSR, the parties shall serve the United States Probation Office with a letter setting forth any objections to the draft PSR, and identify any departure or variance claims.

4) No later than 20 days prior to sentencing, the United States Probation Office shall provide the Court and counsel with the final draft of the PSR.

5) No later than 15 days prior to sentencing, the parties may file Sentencing Memoranda or Motions for Downward Departure with the Court.

6) No later than 8 days prior to sentencing, any responsive Sentencing Memoranda or responses to Motions for Downward Departure may be filed with the Court.

IT IS FURTHER ORDERED that the foregoing schedule may only be modified with the permission of the Court for good cause shown.

UNITED STATES DISTRICT JUDGE