**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| v. | : | Cr. A. No. 07-166-JJF |
| | : | |
| REMIGIO CAMACHO | : | |
| | : | |
| Defendant. | : | |

**MOTION AND ORDER TO DISMISS THE INDICTMENT**

The United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and David L. Hall, Assistant United States Attorney for the District of Delaware, pursuant to the plea agreement, hereby moves this Honorable Court to dismiss the Indictment.

Respectfully submitted,

COLM. F. CONNOLLY
United States Attorney

BY: David L. Hall
Assistant United States Attorney

Dated: July 8 , 2008

**IT IS SO ORDERED** this 9 day of July , 2008.

Honorable Joseph J. Farnan JR.
United States District Court
District of Delaware